Submitted on record and briefs December 23, 1993, affirmed February 2, 1994

RAYMOND ABRAHAM MITCHELL,
*Petitioner,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent.*

(CA A77255 (Control), A77401)
(Cases Consolidated)

869 P2d 868

Sally L. Avera, Public Defender, and Lawrence J. Hall, Deputy Public Defender, filed the brief for petitioner.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Harrison Latto, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds, Judge, and Durham, Judge pro tempore.

PER CURIAM

Affirmed. *Flowers v. Board of Parole,* 124 Or App 331, 862 P2d 1312 (1993).